# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 13 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:06CR00018-001 |
| MICHAEL WENDELL HAIRSTON ) | USM No: 12210-084 |
| Date of Previous Judgment: 07/22/2008 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____      Criminal History Category: _____
Previous Guideline Range: ___ to ___ months      Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

As I stated when Defendant previously moved for a reduction of his sentence [see ECF No. 58], Defendant is not eligible for a reduction in his sentence because the offense level and custody range calculated at the time Defendant was sentenced were produced by application of the Career Offender Guideline, which is unaffected by the amendment Defendant cites.

Except as provided above, all provisions of the judgment dated 07/22/2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/13/2013

_____
Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser
Printed name and title